# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>TRAVIS VONTRESS,<br><br>    Defendant-Appellant. | No. 22-3119<br>(D.C. No. 6:20-CR-10028-EFM-19)<br>(D. Kan.) |

_____

## SEALED MOTION TO SEEK LEAVE TO SEAL MR. VONTRESS' OPENING BRIEF
_____

    The undersigned counsel, hereby, respectfully requests the Court's leave to seal Defendant-Appellant Travis Vontress' opening brief, filed on March 15, 2023.

    As Mr. Vontress explains in his opening brief, review of the consolidated record revealed for the first time on appeal that the government was aware that one of its main witnesses (Mr. Trevor Wells) and Mr. Vontress' co-defendant at trial (Mr. Kevin Lewis) were trying to kill Mr. Vontress. The government, however, did not disclose this information to Mr. Vontress and his attorney or charge Mr. Wells or Mr. Lewis with attempted murder.

    Mr. Vontress' arguments in his opening brief rely heavily on these facts, which were under seal below. Considering the previous attempts to murder Mr. Vontress, the

1

undersigned counsel is concerned that revealing his arguments and the remedy he is seeking on appeal to Mr. Lewis, Mr. Wells, and other co-defendants with history of witness intimidation and murder (e.g., Mr. Wells' brother, Mr. Knighten) might put Mr. Vontress and his family in danger.

Considering the close familial relationships between these individuals and their previous conduct in targeting Mr. Vontress, the undersigned counsel does not believe that redacting the opening brief would prevent them from discovering the names of the individuals mentioned in Mr. Vontress' brief and the nature of the arguments raised against their interest.

Under similar circumstances, the Court has allowed litigants to seal their appellate briefs. *United States v. Roe*, 913 F.3d 1285 (10th Cir. 2019); *United States v. E.F.*, 920 F.3d 682 (10th Cir. 2019); *United States v. Doe*, 865 F.3d 1295 (10th Cir. 2017); *United States v. C.D.*, 848 F.3d 1286 (10th Cir. 2017). Based on the foregoing, Mr. Vontress respectfully requests that the Court seal Mr. Vontress' opening brief and direct the counsel in the consolidated cases not to share it.[1]

---

[1] The undersigned counsel has informed the counsel of Mr. Vontress' intention to file this motion and requested that they do not share the opening brief. She has also requested that the Clerk, in anticipation of the Court's order, restrict access to the opening brief.

Respectfully submitted this 16th day of March 2023.

*s/ Katayoun A. Donnelly*
Katayoun A. Donnelly, Esq.
AZIZPOUR DONNELLY, LLC
2373 Central Park Blvd., Suite 100
Denver, Colorado 80238
Telephone No.: (720) 675-8584
E-mail: katy@kdonnellylaw.com

Attorney for Travis Vontress

## CERTIFICATION OF DIGITAL SUBMISSION

I hereby certify that on this 16th day of March, 2023, the foregoing was digitally submitted to the Tenth Circuit Court of Appeals via the Court's ECM/EC system, that there were no required privacy redactions to be made and the digital submission has been scanned for viruses with McAfee Anti-Virus scanning software and are currently free of viruses.

<i>s/ Katayoun A. Donnelly</i><br>
Katayoun A. Donnelly, Esq.