UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,
        Plaintiff-Appellee,

vs.                                         No. 22-3119

TRAVIS VONTRESS,
        Defendant-Appellant.

GOVERNMENT'S RESPONSE TO MOTION OF
PRESS ORGANIZATIONS
TO INTERVENE AND UNSEAL COURT FILE

    The United States of America, by and through Kate E. Brubacher, United States Attorney for the District of Kansas, and James A. Brown, Assistant United States Attorney, and hereby responds, as ordered, to the Unopposed Motion of Press Organizations and Prof. Eugene Volokh to Intervene and to Unseal the Court File. Doc. 186. In an Order issued on November 26, 2024, this Court ordered the parties to file written responses clarifying their positions on the relief requested in that motion. Doc. 190 at 1.

    By way of response the government advises that it does not oppose either the movants' motion to intervene, nor does it oppose unsealing the case file, *with the exception of the Presentence Investigation Report*, which ordinarily remains sealed. By way of clarification, the government initially agreed with Mr. Vontress's counsel's request to seal the case file based on Mr. Vontress's counsel's stated

1

concerns for Mr. Vontress's safety. After Movant's filed their instant motion, Mr. Vontress's counsel advised the undersigned that counsel now agrees that the file may be unsealed. Based on counsel's representation that the file may now be unsealed, the government believes that counsel's previously stated concerns no longer warrant sealing the file. The government does not oppose the Movants' motion to intervene for the reasons stated in Movants' motion. *See* Doc. 186.

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney
District of Kansas

s/ *James A. Brown*
James A. Brown
Assistant United States Attorney
Ks. S.Ct. No. 14254
444 SE Quincy St., Ste. 290
Topeka, KS 66683
Phone (913) 295-7683
E-mail: James.Brown2@usdoj.gov
Attorneys for the United States

## **CERTIFICATIONS**

**Service.** I certify that this document was electronically filed on 5th day of December, 2024, I filed this document on CM/ECF, which will distribute a copy to counsel of record in this case.

**Privacy Redactions.** I further certify that all required privacy redactions, if any, have been made.

**Paper Copies.** I further certify that any paper copies required to be submitted to the Court are exact copies of the version submitted electronically.

**Virus Scan.** I further certify that the electronic submission was scanned for viruses with the most recent version of a commercial virus scanning program, McAfee Endpoint Security, Version 10.6, which is updated continuously, and, according to the program, is free of viruses.

s/ *James A. Brown*  
Assistant United States Attorney