# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>v.<br><br>TRAVIS VONTRESS,<br>    Defendant-Appellant. | No. 22-3119<br>(D.C. No. 6:20-CR-10028-EFM-19)<br>(D. Kan.) |

## RESPONSE TO QUESTIONS POSED IN THE NOVEMBER 26, 2024 ORDER

Defendant-Appellant Travis Vontress, by and through undersigned counsel, respectfully responds to the questions posed in the Court's order issued on November 26, 2024, directing the parties to "state whether they agree only to movants' intervention, or whether they also agree that all or part of the case file may be unsealed." Mr. Vontress agrees to both.

Respectfully submitted on December 6, 2024.

                                            AZIZPOUR DONNELLY, LLC

                                            */s/ Katayoun A. Donnelly*
                                           Katayoun A. Donnelly, #38439
                                           2373 Central Park Boulevard, #100
                                           Denver, CO   80238
                                           Phone:   (720) 675-8584
                                           Email:   katy@kdonnellylaw.com

                                           *Counsel for Travis Vontress*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on opposing counsel and filed with the clerk of the court of appeals via the electronic filing system on December 6, 2024.

/s/ *Katayoun A. Donnelly*
Katayoun A. Donnelly