FILED  
United States Court of Appeals  
Tenth Circuit

December 9, 2024

Christopher M. Wolpert  
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

───────────────────────────

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>TRAVIS VONTRESS,<br><br>    Defendant - Appellant. | No. 22-3119<br>(D.C. No. 6:20-CR-10028-EFM-19)<br>(D. Kan.) |

───────────────────────────

**ORDER**

───────────────────────────

Before **MATHESON**, **PHILLIPS**, and **MORITZ**, Circuit Judges.

───────────────────────────

This matter is before us on the *Unopposed Motion of Press Organizations and Prof. Eugene Volokh to Intervene and to Unseal the Court File* ("Motion"). On November 26, 2024, we ordered the parties to file written responses clarifying their positions on the relief requested in the Motion. Upon careful consideration of the Motion and the parties' responses to our order, the Motion is GRANTED as follows.

Movants are granted intervenor status for the limited purpose of challenging the orders sealing the docket, briefs, and oral argument ("Sealing Orders") in this matter. The Sealing Orders (Doc. Nos. 97 (¶¶ A and F only) and 172) are hereby VACATED. The Clerk shall unseal the electronic docket, the oral argument recording, and all previously

sealed filings in this appeal, except for Volume IV[1] of the record on appeal; Volume VII[2] of the record on appeal; the sealed exhibit to Doc. No. 48; the sealed attachment to Doc. No. 53; and Doc. No. 55[3].

                                                Entered for the Court,

                                                CHRISTOPHER M. WOLPERT, Clerk

---

[1] Volume IV contains presentence investigation reports (Dist. Ct. Doc. Nos. 857, 874, 877) and statements of reasons (Dist. Ct. Doc. Nos. 888, 890, 896), which are routinely sealed in criminal proceedings, as well as additional documents (Dist. Ct. Doc. Nos. 79, 624, 634) sealed below by order of the district court. Should Movants desire access to these documents, they may seek such access from the district court.

[2] Volume VII contains pleadings that were withdrawn pursuant to orders of the district court (Dist. Ct. Doc. Nos. 545-550 and 555-558). Should Movants desire access to these documents, they may seek such access from the district court.

[3] Doc. No. 55 is the supplemental record volume transmitted by the district court pursuant to Doc. No. 53. Should Movants desire access to the supplemental record volume, the sealed exhibit to Doc. No. 48, or the sealed attachment to Doc. No. 53, they may seek such access from the district court.